**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ASSAF MOUHANNA, | No. 09-71937 |
| Petitioner, | Agency No. A077-393-085 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 15, 2011[**]

Before:    CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

Assaf Mouhanna, a native and citizen of Lebanon, petitions for review of the

Board of Immigration Appeals' ("BIA") denial of his motion to reconsider.  We

have jurisdiction under 8 U.S.C. § 1252.  We review for abuse of discretion the

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

denial of a motion to reconsider, *Mohammed v. Gonzales*, 400 F.3d 785, 791 (9th Cir. 2005).  We deny the petition for review.

The BIA acted within its discretion in denying Mouhanna's motion to reconsider because the motion failed to identify any error of fact or law in the BIA's prior order.  *See* 8 C.F.R. § 1003.2(b)(1).

**PETITION FOR REVIEW DENIED.**